ORIGINAL

Approved: _____
MATTHEW J.C. HELLMAN
Assistant United States Attorney

Before:    THE HONORABLE BARBARA C. MOSES
           United States Magistrate Judge
           Southern District of New York

------------------------------------X
                                     :    COMPLAINT
UNITED STATES OF AMERICA             :
                                     :    Violation of
           - v. -                    :    21 U.S.C. § 846
                                     :
MODESTO ARIAS SOTO,                  :    COUNTY OF OFFENSE:
                                     :    NEW YORK
           Defendant.                :
                                     :
------------------------------------X

SOUTHERN DISTRICT OF NEW YORK, ss.:

CRAIG SMITH, being duly sworn, deposes and says that
he is a Special Agent with the Drug Enforcement Administration
("DEA"), and charges as follows:

**COUNT ONE**

(Conspiracy to Distribute Narcotics)

1.   In or about July 2019, in the Southern District
of New York and elsewhere, MODESTO ARIAS SOTO, the defendant,
and others known and unknown, intentionally and knowingly did
combine, conspire, confederate, and agree together and with each
other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy
that MODESTO ARIAS SOTO, the defendant, and others known and
unknown, would and did distribute and possess with intent to
distribute controlled substances, in violation of Title 21,
United States Code, Section 841(a)(1).

3.   The controlled substances that MODESTO ARIAS
SOTO, the defendant, conspired to distribute and possess with
intent to distribute (i) one kilogram and more of mixtures and
substances containing a detectable amount of heroin, and (ii)
400 grams and more of mixtures and substances containing a

detectable amount of fentanyl, in violation of Title 21, United
States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

The bases for my knowledge and the foregoing charge are, in
part, as follows:

4. I am a Special Agent with the DEA. This affidavit
is based on my personal participation in the investigation of
this matter, my conversations with other law enforcement agents,
my interviews of witnesses, as well as my examination of reports
and records. Because this affidavit is being submitted for the
limited purpose of demonstrating probable cause, it does not
include all the facts that I have learned during the course of
my investigation. Where the contents of documents and the
actions, statements, and conversations of others are reported
herein, they are reported in substance and in part, except where
otherwise indicated.

5. Based on my own observations as part of the
investigation, my conversations with other law enforcement
officers, and my review of reports, I have learned the
following, in substance and in part:

a. On or about July 1, 2019, during the course
of an ongoing investigation regarding narcotics distribution, I
and other law enforcement agents conducted surveillance of a
target subject in the vicinity of West 105th Street and Columbus
Avenue in New York, New York.

b. In the course of this surveillance, I
observed MODESTO ARIAS SOTO, the defendant, exit a residential
building while carrying a drawstring closure gym bag (the "Bag")
which appeared to be weighted, and approach a vehicle parked on
West 105th Street. I and other law enforcement agents
identified ourselves as members of law enforcement and
approached ARIAS SOTO, who immediately handed the Bag to a law
enforcement agent.

c. Following the approach by law enforcement,
ARIAS SOTO consented to a search of the Bag. During a search of
the Bag, I observed two wrapped, compressed brick-shaped
packages, each containing a powdery substance.

d. Law enforcement agents conducted a field
test of the powdery substance found inside one of the packages,

2

("Package-1"), and it tested positive for the presence of
heroin. The second package ("Package-2," and, collectively with
Package-1, the "Packages") was also tested for the presence of
heroin, and the test was negative. Based on my training and
experience in the recognition and identification of controlled
substances, my investigation, and statements made by the
defendant, as discussed below, I believe Package-2 to contain
fentanyl.

           e.    Law enforcement weighed the Packages and
found they each individually weighed approximately 1 kilogram.

           f.    After ARIAS SOTO was arrested, he was read
his *Miranda* rights. ARIAS SOTO waived his rights, and stated,
in substance and in part, the following:

           i.    ARIAS SOTO knew the Bag contained
narcotics, but that he was uncertain what specific type of
narcotics they were.

           ii.    ARIAS SOTO was on his way to conduct a
narcotics-related transaction in which he would exchange the
contents of the Bag for approximately $90,000.

           iii.    ARIAS SOTO was conducting the drug
transaction on behalf of a third party, who was located outside
the United States.

           WHEREFORE, deponent respectfully requests that MODESTO
ARIAS SOTO, the defendant, be imprisoned or bailed, as the case
may be.

CRAIG SMITH
Special Agent
Drug Enforcement Administration

Sworn to before me this
1st day of July, 2019

THE HONORABLE BARBARA C. MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3